APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Imagos Films, LLC
d/b/a Imagos Softworks,
and Don Thacker, individually
       V.

Alexander Thomas Mauer

Civil Action
No: _____

DISCLOSURE STATEMENT FORM

**FILED**
**JUN 30 2017**
KATE BARKMAN, Clerk
By _____ Dep. Clerk

Please check one box:

[✓] The nongovernmental corporate party, ___Imagos Films, LLC___, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

06/30/2017            /s/leonardjfrench
Date                                Signature

Counsel for: ___Plaintiffs___

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or
        (2) states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
        (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2) promptly file a supplemental statement if any required information changes.