**me** <ljfrench@leonardjfrench.com>          Jul 3, 2017, 8:22 PM

to: Alex Mauer <alexmauermusic@gmail.com>

Alex,

Do you want me to send your court paperwork to your email address or your home address?

Best,
Leonard

[Attachment: 01-01 Ex A Imagos Contract PDF]    [Attachment: 01 Complaint_Red... PDF]

---

**Alex Mauer** <alexmauermusic@gmail.com>          Jul 3, 2017, 9:39 PM

to: Leonard J. French <ljfrench@leonardjfrench.com>

Leonard,

By email is fine. ████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████

██████ █████████████████ ██ █████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████

████████████████████████████████████████
███████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

...

~Alex

On Mon, Jul 3, 2017 at 8:22 PM, Leonard J. French <ljfrench@leonardjfrench.com> wrote:
> Alex,

Reply