IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA – CIVIL DIVISION

| | | |
|---|---|---|
| Imagos Films, LLC <br> d/b/a Imagos Softworks, <br> and Don Thacker, individually <br>         Plaintiffs, <br><br> v. <br><br> Alex T. Mauer, <br>         Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No.: 2:17-cv-02964-BMS <br><br><br> **CIVIL ACTION** <br> **COMPLAINT FOR PROPERTY** <br> **RIGHTS INFRINGEMENT** |

## **TEMPORARY RESTRAINING ORDER**

Pursuant to F.R.C.P. Rule 65(b) of the, the Court Orders as follows:

1. This Temporary Restraining Order is issued on _____ (date) at _____ (time).

2. This Temporary Restraining Order issues on Application by Plaintiff alleging that Defendant is severely and irreparably damaging Plaintiff by making false copyright ownership claims to Plaintiff's Works, including, but not limited to, its current franchise "Starr Mazer" and "Starr Mazer: DSP".

3. It appearing that Plaintiffs are being irreparably damaged by Defendant's false claims of ownership to Plaintiffs' Works:

    a. By loss of Plaintiffs' ability to sell its product through major sales channels such as the Steam game store;

    b. By loss of Plaintiffs' ability to allow its customers to produce user-generated-content such as review and "Let's Play" videos;

    c. By loss of Plaintiffs' development and financing partners who require resolution before re-engaging with Plaintiffs to continue development;

    d. By lost revenue from which Defendant claims to be and may actually be judgment-proof;

    e. By threats of actual bodily and physical harm to Plaintiffs and Plaintiffs' real-life brick-and-mortar communities in coercion of Plaintiffs;

4. Defendant is hereby ordered as follows:

    a. Defendant is restrained from issuing further copyright claims or takedown notices, including DMCA takedown notices, for any work relating to "Starr Mazer", including but not limited to "Starr Mazer: DSP" itself;

    b. Defendant is restrained from issuing threats, cease and desist letters, or other notices of claims, for any work relating to "Starr Mazer", including but not limited to "Starr Mazer: DSP" itself;

    c. Defendant is restrained from issuing and all threats of bodily injury or physical harm;

    d. Defendant is ordered to provide a list of all DMCA takedown notices she has sent in the past 30 days within 48 hours of notice of this Order;

5. Any and all content hosts or other providers who have received and complied with Defendant's DMCA takedown notices are hereby ordered to disobey Defendant's notices and reinstate the content which was taken down.

6. Plaintiffs to post bond of $_____

7. This Order to expire in 14 days unless extended by the Court by subsequent Order.

                                            Hon. Berle M. Schiller