

**Alex Mauer** <alexmauermusic@gmail.com>

Jun 28, 2017, 1:35 AM

to: "ljfrench@leonardjfrench.com" <ljfrench@leonardjfrench.com>

As soon as you send me a legal document with your address on it, I am going to come to your location and throw bricks through all the windows. Perhaps I'll set your fucking building on fire too. If I see you in person I will attempt to rip your eyeballs out and stuff them in your mouth and you will choke to death

Reply



