**Alex Mauer** <alexmauermusic@gmail.com>

Jul 8, 2017, 12:04 AM

to: Leonard J. French <ljfrench@leonardjfrench.com>

For the record, I declared bankruptcy as a result of the $10,000 unpaid work by Imagos Softworks. My only source of income is social security disability. There is no way you could possibly expect me to pay you anything, even if I lied and said you own my copyrights.

You're turning down a free license and it doesn't make any sense at all.

...