

July 12, 2017

Honorable Berle M. Schiller                    **VIA ECF**
U.S. District Court, Eastern District of Pennsylvania
United States Courthouse
601 Market St., Room 13613
Philadelphia, PA 19106

    Re:    Imagos Films, LLC, *et al.* v. Alex T. Mauer
             U.S. District Court, Eastern District of Pennsylvania
             Case No.: 17-cv-02964
             Extension Request for TRO Hearing

Dear Judge Schiller:

    I was just retained late this evening to represent defendant Alex T. Mauer in the TRO hearing scheduled for 11:00am tomorrow (Thursday) morning, July 13, 2017.

    I am writing to request a short one week continuance of the hearing so I could have adequate time to prepare for the hearing, gather evidence and properly present my client's side of this matter. Also, I would like to have the time so I can explore a possible amicable resolution to the matter.

    I spoke with Mr. French, attorney for plaintiffs, this evening, but he refused to consent to my continuance request.

    My client agrees to not file any further copyright takedown notices until the hearing takes place. She also will not take any further affirmative action on any already filed takedown notices. Also, just to address plaintiff's allegations to which we disagree, my client will not make any threats or take any physical action against plaintiffs or their attorney. Therefore, plaintiffs will not be prejudiced by this proposed short delay.

    Thank you for the Court's kind consideration of this request.

                          Very truly yours,

                          Ryder, Lu, Mazzeo & Konieczny LLC

                          By: /FrankAMazzeo/
                               Frank A. Mazzeo

cc:    Leonard French, Esq. (via email only to ljfrench@leonardjfrench.com)

808 Bethlehem Pike, Suite 200 ♦ Colmar, PA 18915
Tel: 215-997-0248 ♦ Fax: 215-997-0266 ♦ www.ryderlu.com