IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IMAGOS FILMS, LLC | : | |
| d/b/a IMAGOS SOFTWORKS, | : | CIVIL ACTION |
| and DON THACKER, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ALEX THOMAS MAUER, | : | No. 17-2964 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **13th** day of **July, 2017**, following a conference regarding Plaintiff's Application for a Temporary Restraining Order, it is **ORDERED** that:

1. Defendant shall not issue further copyright claims or takedown notices, including Digital Millennium Copyright Act takedown notices, for any work relating to Starr Mazer.

2. Defendant shall take the necessary steps to rescind the takedown notices currently pending for any work relating to Starr Mazer.

3. Defendant shall refrain from making threats of harm and physical violence against Plaintiffs or Plaintiffs' lawyer.

4. Plaintiff shall post a bond in the amount $100 on or before July 17, 2017.

5. The Court will conduct a hearing on Plaintiffs' Application for a Temporary Restraining Order on **Wednesday, July 19, 2017 at 9:30 am in Courtroom 13B**.

BY THE COURT:

_____
Berle M. Schiller, J.