# EXHIBIT A



Dear Judge Schiller,

Today, 7/13/17, I appeared before you with Frank Mazzeo. Mr. Mazzeo said to me, after the hearing, that you seemed to have already made up your mind for this entire case based on what happened today. He then asked for his money back before even explaining what to do as a result of the hearing. Mr. Mazzeo is fired and needs to formally withdraw from this case.

Sincerely,

