# EXHIBIT B

Case 2:17-cv-02964-BMS   Document 9-2   Filed 07/14/17   Page 2 of 3

**From:** Alex Mauer [mailto:alexmauermusic@gmail.com]
**Sent:** Thursday, July 13, 2017 6:02 PM
**To:** ljfrench@leonardjfrench.com
**Cc:** Frank Mazzeo <fmazzeo@ryderlu.com>
**Subject:** Clarification

Leonard,

Today, my representation intentionally lost. Refer to my letter to the judge. My representation sent me the following "intimidation letter" instead of discussing what happened today. They refuse to answer my texts and emails, but send me letters via UPS. (Yes, they're charging me for sending me a letter by UPS while simultaneously sending it by email.) They're fired as can be.

•••• AT&T LTE                5:39 PM

Done  **Mauer-L02 Answer Deadline.pdf**

1 of 1    • LU • MAZZEO • KONIECZNY LLC
          :TUAL PROPERTY LAW

July 13, 2017

Ms. Alex Mauer                    VIA UPS AND EMAIL TO
369 Independence Drive            alexmauermusic@gmail.com
Holland, PA 18966

   Re:  Deadline to Answer or Otherwise Respond to Complaint
        Imagos Films, LLC, et.al. v. Alex T. Mauer
        U.S. District Court, Eastern District of Pennsylvania
        Case No.: 17-cv-02964
        Our File No. MUR-1803

Dear Alex:

   We are writing to advise you that the deadline to answer or otherwise respond to the complaint in the above-referenced matter is **July 21, 2017**.

   If you fail to file an answer or otherwise respond to the complaint by filing a motion to dismiss by July 21, 2017, a default judgment may be entered against you.

                              Very truly yours,

                              Ryder, Lu Mazzeo & Konieczny LLC

                              By: _____



-Alex