# EXHIBIT B

**From:** Alex Mauer [mailto:alexmauermusic@gmail.com]
**Sent:** Thursday, July 13, 2017 6:02 PM
**To:** ljfrench@leonardjfrench.com
**Cc:** Frank Mazzeo <fmazzeo@ryderlu.com>
**Subject:** Clarification

Leonard,

Today, my representation intentionally lost. Refer to my letter to the judge. My representation sent me the following "intimidation letter" instead of discussing what happened today. They refuse to answer my texts and emails, but send me letters via UPS. (Yes, they're charging me for sending me a letter by UPS while simultaneously sending it by email.) They're fired as can be.





-Alex