## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IMAGOS FILMS, LLC | : | |
| d/b/a IMAGOS SOFTWORKS, | : | CIVIL ACTION |
| and DON THACKER, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ALEX THOMAS MAUER, | : | No. 17-2964 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **17th** day of **July, 2017**, upon consideration of the Amended Motion to Withdraw as Attorney by Frank Mazzeo, it is **ORDERED** that:

1.     The motion (Document No. 10) is **GRANTED**. Mazzeo has been fired by Defendant and cannot continue representation of Defendant consistent with the Pennsylvania Rules of Professional Conduct.

2.     The hearing scheduled for July 19th shall proceed on that date.

3.     The Motion to Withdraw as Attorney by Frank Mazzeo (Document No. 9) is **DENIED as moot**.

BY THE COURT:

_____

**Berle M. Schiller, J.**