**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA – CIVIL DIVISION**

| | | |
|---|---|---|
| Imagos Films, LLC | § | |
| d/b/a Imagos Softworks, | § | |
| and Don Thacker, individually | § | |
| Plaintiffs, | § | No.: 2:17-cv-02964-BMS |
| | § | |
| v. | § | |
| | § | **CIVIL ACTION** |
| Alex T. Mauer, | § | **COMPLAINT FOR PROPERTY** |
| Defendant. | § | **RIGHTS INFRINGEMENT** |
| | § | |
| | § | |

## DECLARATION OF DINO LIONETTI

I, Dino Lionetti, declare as follows:

1. I am a collaborator on Imagos's Starr Mazer project. I agreed to contribute music to the project.

2. In February of 2017, I had contact via text message with Alex Mauer regarding Imagos and Don Thacker.

3. Screenshots of the text message exchange are attached to this Declaration.

4. I certify that these images are unaltered images of my actual text message exchange with Alex Mauer.

5. I have also worked on music on a project called "River City Ransom Underground".

6. I am aware that, on or about July 14th, 2017, River City Ransom Underground was removed from sale on the Steam game store by a DMCA takedown notice from Alex Mauer.

7. I have personal knowledge of myself, my activities, and my intentions, in the foregoing statements, and, if called to testify, I would competently testify as to the matters stated herein.

8. I verify, under penalty of perjury, that the foregoing is true and correct, under 28 U.S.

   Code § 1746.

Executed on:                                              Dino Lionetti:
7/18/2017                                                 Dino Lionetti



**Alex Mauer**
(215) ███████

> I'm actually outpacing the lawyer and making him look slow on purpose
> Feb 26 7:55 PM

> I'm trying to make him bill Don for more hours
> Feb 26 7:56 PM

> no offense but that doesn't sound productive at all
> Feb 26 7:56 PM

> you need to get the law on your side
> Feb 26 7:56 PM

> It is. I am making it so they will screw themselves somehow
> Feb 26 7:56 PM

Enter message    160 / 1    Send

**Alex Mauer**
(215) ███████

> I asked the lawyer for Don to send my 1099 tax forms which prove that Don broke the Starr Mazer contract
> *Feb 26 7:58 PM*

> you need legal advice
> *Feb 26 7:58 PM*

> I told the lawyer Don will probably try to forge false info on the forms
> *Feb 26 7:58 PM*

> at the very least
> *Feb 26 7:58 PM*

> So i basically turned the lawywr and Don against each other secretly
> *Feb 26 7:58 PM*

Enter message      160 / 1      Send

**Alex Mauer**
(215) ███████

> ~~Don against each other secretly~~
> Feb 26 7:58 PM

> The lawyer will see the false info and then question if he wants to continue to be involved in this kind of activity
> Feb 26 7:58 PM

> That MIGHT work
> Feb 26 7:59 PM

> We'll see
> Feb 26 7:59 PM

> Either way it proves that there are no contracts with Imagos that they can try to use as justification for what they're doing
> Feb 26 7:59 PM

Enter message    160 / 1    Send



**Alex Mauer**
(215) ███████

> i understand but you need to get some legal advice
> Feb 26 8:19 PM

> i would seek it for you but i don't have every single detail
> Feb 26 8:21 PM

> you just need to talk to someone who really knows the law well
> Feb 26 8:21 PM

My view is the laws are too broken to rely on that
Feb 26 8:23 PM

Its basically at the point where the only thing to do is let the criminals self incriminate

Enter message    160 / 1    Send

**Alex Mauer**
(215) ▇▇▇▇▇▇▇

> Its basically at the point where the only thing to do is let the criminals self incriminate
>
> Feb 26 8:23 PM

> Adding my own lawyer will complicate that
>
> Feb 26 8:23 PM

> So I wont
>
> Feb 26 8:23 PM

> Unless someone forges a fake document like a fake contract, then I would hire someone who does forensics to fix it
>
> Feb 26 8:24 PM

> Then they go to jail
>
> Feb 26 8:24 PM

Enter message     Send



> look i just don't want to see you get fucked over
>
> Feb 26 8:25 PM

> I'm sure you're making a good effort but you should at least get some legal advice
>
> Feb 26 8:25 PM

It's too late for that
Feb 26 8:27 PM

> no, that isn't true
>
> Feb 26 8:28 PM

And advice is probably going to be "register the copyright" which I refuse to do
Feb 26 8:28 PM




**Alex Mauer**
(215) ███████

> And advice is probably going to be "register the copyright" which I refuse to do
> *Feb 26 8:28 PM*

> I've been beyond screwed over by this
> *Feb 26 8:28 PM*

> Don owes me $9000
> *Feb 26 8:28 PM*

> you're defeating yourself on this then, the only reason he can even do this to you is because you refuse to deal with copyrights
> *Feb 26 8:28 PM*

> not to be harsh

Enter message  Send

  

 **Alex Mauer**
(215) ███████



you are no longer in business with this dude

Feb 26 9:17 PM

But it was composed for hire and he paid me. He paid me less than we agreed on, breaking the verbal agreement. I asked for a contract and he failed that too. Then I asked him to sign a license agreement and he said no

Feb 26 9:17 PM

**Signature:** *Dino Lionetti*
Dino Lionetti (Jul 18, 2017)

**Email:** ███████████████ com

# Declaration of Dino Lionetti

Adobe Sign Document History                                      07/18/2017



| | |
|---|---|
| Created: | 07/18/2017 |
| By: | Leonard French (ljfrench@leonardjfrench.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAApnItOi3_TuTb8BHSJiOJPzeLOr7xHt19 |

## "Declaration of Dino Lionetti" History

- 📄 **Document uploaded by Leonard French (ljfrench@leonardjfrench.com) from Acrobat**
  07/18/2017 - 9:13:49 PM EDT- IP address: ▓▓▓▓▓▓

- ✉️ **Document emailed to Dino Lionetti (▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.com) for signature**
  07/18/2017 - 9:13:51 PM EDT

- 📄 **Document viewed by Dino Lionetti (▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.com)**
  07/18/2017 - 9:18:25 PM EDT- IP address: ▓▓▓▓▓▓

- 🖋️ **Document e-signed by Dino Lionetti (▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.com)**
  Signature Date: 07/18/2017 - 9:24:52 PM EDT - Time Source: server- IP address: ▓▓▓▓▓▓

- ✅ **Signed document emailed to Dino Lionetti (▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) and Leonard French (ljfrench@leonardjfrench.com)**
  07/18/2017 - 9:24:52 PM EDT

Adobe Sign