## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, as well as providing a copy of this document by email to defendant at [alexmauermusic@gmail.com](mailto:alexmauermusic@gmail.com) by previously granted consent (ECF Doc. 3, Affidavit of Service Exhibit A) under F.R.C.P. 5(b)(2)(E).

                                        Respectfully Submitted,

                                        */s/leonardjfrench*
                                        Leonard J. French, Esq.