IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IMAGOS FILMS, LLC | : | |
| d/b/a IMAGOS SOFTWORKS, | : | CIVIL ACTION |
| and DON THACKER, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ALEX THOMAS MAUER, | : | No. 17-2964 |
| Defendant. | : | |

# ORDER

**AND NOW**, this **19th** day of **July, 2017**, it is **ORDERED** that:

1. Defendant shall have until **Monday, August 21, 2017** to locate an attorney to represent her.

2. Defendant shall file an Answer to Plaintiffs' Complaint on or before **Monday, September 25, 2017**.

BY THE COURT:

_____
**Berle M. Schiller, J.**