# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA – CIVIL DIVISION

| | | |
|---|---|---|
| Imagos Films, LLC<br>d/b/a Imagos Softworks,<br>and Don Thacker, individually<br>      Plaintiffs,<br><br>v.<br><br>Alex Mauer,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No.: 2:17-cv-02964-BMS<br><br><br>**CIVIL ACTION**<br>**COMPLAINT FOR PROPERTY**<br>**RIGHTS INFRINGEMENT** |

## **REQUEST FOR ENTRY OF DEFAULT**

Plaintiff hereby Requests the Entry of Default under F.R.C.P. 55(a) on the grounds that Defendant has failed to plead of otherwise defend. Plaintiff avers the following in support thereof:

1. The Complaint was filed in this case on June 30th, 2017;

2. The Summons and Complaint were duly served upon the Defendant by email with consent on July 3rd, 2017;

3. The First Amended Complaint was filed and Summons issued on July 7th, 2017, to correct Defendant's first name;

4. The First Amended Complaint and Summons were served on Defendant on July 7th, 2017, via email with consent;

5. Defendant was present before Judge Schiller and participated in the setting of Defendant's deadlines to find an attorney and Answer the First Amended Complaint by August 21st, 2017, and September 25th, 2017, respectively.

6. Defendant has failed to file or serve an Answer or Response, or to otherwise plead or defend as provided by the Federal Rules of Civil Procedure and as Ordered by this Honorable Court.

7. Plaintiff respectfully requests that <u>Default</u> be entered against the Defendant, **Alex Mauer**, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Respectfully Submitted,

*/s/leonardjfrench*
Leonard J. French, Esq.
PA ID: 312413
442 Hamilton St #9125
Allentown, PA 18105
P: 610-537-3537
F: 888-262-0632
E: ljf@leonardjfrench.com
*Attorney for Plaintiff*