# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA – CIVIL DIVISION

| | |
|---|---|
| Imagos Films, LLC §<br>d/b/a Imagos Softworks, §<br>and Don Thacker, individually §<br>　　　　Plaintiffs, § §<br>　v. §<br>§<br>§<br>Alex Mauer, §<br>Defendant. §<br>§<br>§ | No.: 2:17-cv-02964-BMS<br><br>**CIVIL ACTION**<br>**COMPLAINT FOR PROPERTY**<br>**RIGHTS INFRINGEMENT** |

## **ENTRY OF DEFAULT**

It appearing:

1. that the Complaint was filed and Summons issued in this case on June 30th, 2017;

2. that the Summons and Complaint were duly served upon the Defendant by email with consent on July 3rd, 2017;

3. that the First Amended Complaint was filed and Summons issued on July 7th, 2017, to correct Defendant's first name;

4. that the First Amended Complaint and Summons were served on Defendant on July 7th, 2017, via email with consent;

5. that Defendant appeared twice before the Court on July 14th, 2017, with counsel, and on July 19th, 2017, *pro se*;

6. that Defendant had actual notice of the deadlines set in the matter, having participated in their determination in front of the Court;

7. and that no answer or other pleading has been filed by Defendant as required by the Court's July 19th, 2017 Order and by law.

Therefore, upon request of the Plaintiff, **Default** is hereby entered against the Defendant, **<u>Alex Mauer</u>**, as provided in Rule 55(a), Federal Rules of Civil Procedure.

By: _____