# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA – CIVIL DIVISION

| | |
|---|---|
| Imagos Films, LLC § <br> d/b/a Imagos Softworks, § <br> and Don Thacker, individually § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> Alex Mauer, § <br> Defendant. § <br> § <br> § | No.: 2:17-cv-02964-BMS <br><br><br> **CIVIL ACTION** <br> **COMPLAINT FOR PROPERTY** <br> **RIGHTS INFRINGEMENT** |

## **AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Leonard J. French, Esq., declare as follows:

1. I am the Attorney of Record for Plaintiff in this action.

2. The Complaint was filed and Summons issued in this case on June 30th, 2017;

3. The Summons and Complaint were duly served upon the Defendant by email with consent on July 3rd, 2017;

4. The First Amended Complaint was filed and Summons issued on July 7th, 2017, to correct Defendant's first name;

5. The First Amended Complaint and Summons were served on Defendant on July 7th, 2017, via email with consent;

6. Defendant was present and participated in the setting of Defendant's deadlines to find an attorney and Answer the First Amended Complaint by August 21st, 2017, and September 25th, 2017, respectively.

7. Defendant has failed to file or serve an Answer or Response, or to otherwise plead or defend as provided by the Federal Rules of Civil Procedure and as Ordered by this Honorable Court.

8. Defendant is not a juvenile, in the military, or incompetent.

9. I verify, under penalty of perjury, that the foregoing is true and correct, under 28 U.S. Code § 1746.

Executed on:  Leonard J. French, Esq.

September 26th, 2017  /s/leonardjfrench