Imagos Films, LLC
d/b/a/
 Imagos Softworks,                    CIVIL ACTION No.: 17-2964
and Don Thacker, individually
     Plaintiffs,


v.

Alex Mauer


## RESPONSE TO COMPLAINT


Alex Mauer worked for Don Thacker in 2015 and part of 2016 writing music for a video game called Star Mazer. Alex was supposed to be a partner in the company but Don never produced the contract that would have made that arrangement legal.
Instead Alex worked under a contract that was a film crew form in which Alex was a Freelance Contractor.  Alex was supposed to be the music composer and she did that, in fact she was constantly ahead of the rest of the development team, so that she was given other tasks mostly involving appearing on an online "TV" show to promote the game. As Alex has stage anxiety this was a great stress. Alex also moved to Seattle at the behest of Don Thacker. Shortly after Alex was there, the publisher for the game backed out of the deal and Alex became extremely anxious as Don was having trouble paying members of the team. Alex suffered panic attacks and moved back home to PA.
Alex and other team members tried to advise Don that the game was too complicated and eventually it was apparent that the game StarMazer was running into problems, so Don decided to make a new game: DSP. This game could raise money for further development of StarMazer. By the time Alex started working on DSP the contract for work on StarMazer was expired. Alex asked for a new contract several times, but Don never produced a new contract.
- The original contract was never fulfilled in as much as Alex was not payed in full for the amount of work she did. Alex contends that Imagos owes her $9,000
- Alex waited for nearly a year while being promised more pay, and then asked that her music be removed from the game DSP, which was done.
- Alex tried to communicate with Don and his attorney but was given no response for 2 months. Out of frustration, Alex warned that she would take down videos from the internet with her music from DSP on them. There was no response.
- Eventually Alex took down videos with the DSP music on them. There was no response at first but then Don's Attorney Mr, French, began making YouTube videos about Alex and there was a sudden outburst of hate mail directed at Alex.
- Defendant asks that Mr. French cease and desist from making videos about the defendant, as this was resulting in hate mail being sent to the defendant.


Respectfully submitted,

Alex Mauer   _____

I hearby certify that this document was served via email to Leonard French on Sept. 26, 2017 via email.

Signed, Alex Mauer  _____