IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA – CIVIL DIVISION

| | | |
|---|---|---|
| Imagos Films, LLC <br> d/b/a Imagos Softworks, <br> and Don Thacker, individually <br>    Plaintiffs, <br><br> v. <br><br> Alex Mauer, <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No.: 2:17-cv-02964-BMS <br><br><br> **CIVIL ACTION** <br> **COMPLAINT FOR PROPERTY** <br> **RIGHTS INFRINGEMENT** |

## ORDER

Upon Motion of Plaintiffs, and it appearing that Defendant has filed an untimely Answer to Plaintiffs' Amended Complaint, it is hereby ORDERED:

1. The Clerk is to Enter a Default against Defendant for failure to timely Answer or otherwise Respond to Plaintiffs' Amended Complaint;

2. The Clerk is to Strike Defendant's Answer to Plaintiffs' Amended Complaint;

3. 

             By: _____