**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA – CIVIL DIVISION**

| | | |
|---|---|---|
| Imagos Films, LLC § | | |
| d/b/a Imagos Softworks, § | | |
| and Don Thacker, individually § | | |
| Plaintiffs, § | No.: 2:17-cv-02964-BMS | |
| § | | |
| v. § | | |
| § | **CIVIL ACTION** | |
| Alex Mauer, § | **COMPLAINT FOR PROPERTY** | |
| Defendant. § | **RIGHTS INFRINGEMENT** | |
| § | | |
| § | | |

# AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE ANSWER OF ALEX MAUER AND/OR MOTION FOR CONTEMPT

I, Leonard J. French, Esq., declare as follows:

1. I am the Attorney of Record for Plaintiffs in this action.

2. On September 26, 2017, I filed a Request for Entry of Default with the Clerk via the CM/ECF system at 12:44 pm EDT.

3. I served this Request for Entry of Default on Defendant at 12:52 PM EDT that same day, Sept 26, 2017.

4. Later that day, I received an email from Defendant's email account with an unsigned response attached. The email is attached as Exhibit A. The timestamp indicates the message was sent to the Clerk at 3:50 PM EDT.

5. On September 27th, at 4:50 PM EDT, I received an email from Defendant's email account with a signed copy of the response. The email is attached as Exhibit B. The timestamp indicates the message was sent to the Clerk at the same time.

6. I have received no other communication from Defendant at the time of this filing.

7. Defendant is not a juvenile, in the military, or incompetent.

8. I verify, under penalty of perjury, that the foregoing is true and correct, under 28 U.S. Code § 1746.

Executed on:                                                    Leonard J. French, Esq.

October 11, 2017                                              /s/leonardjfrench