Fwd: imagos v. alex mauer - response to complaint        **EXHIBIT A**

---

**Alex Mauer** <alexmauermusic@gmail.com>                Sep 26, 2017, 10:06 PM

to:
Leonard J. French <ljfrench@leonardjfrench.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Alex Mauer <alexmauermusic@gmail.com>
> **Date:** September 26, 2017 at 3:50:28 PM EDT
> **To:** Jean_Pennie@paed.uscourts.gov
> **Subject: imagos v. alex mauer - response to complaint**
>
> Jean,
>
> This is a response to the complaint by Leonard French on behalf of Imagos Films/Imagos Softworks.  Sorry it is a little late.
>
> ~Alex Mauer