Fwd: imagos v. alex mauer - response to complaint

**Alex Mauer** <alexmauermusic@gmail.com>                                   Sep 27, 2017, 4:50 PM

to:
"Jean_Pennie@paed.uscourts.gov" <Jean_Pennie@paed.uscourts.gov>

cc:
Leonard J. French <ljfrench@leonardjfrench.com>

Jean,

Here is the updated version of the complaint response.

~Alex

On Wed, Sep 27, 2017 at 9:40 AM, <Jean_Pennie@paed.uscourts.gov> wrote:
> I sent another email yesterday also that requested a signature for your response.  I need you to send back the document for filing with both the signature on the response and a separate page for the Certificate of Service.  They should be in PDF form, and then I can get them docketed for you.  Thank you!
>
> Jean
> Jean Pennie, Civil Deputy to the
> Honorable Berle M. Schiller
> 267-299-7621

| From: | Alex Mauer <alexmauermusic@gmail.com> |
|---|---|
| To: | Jean_Pennie@paed.uscourts.gov |
| Date: | 09/26/2017 10:07 PM |
| Subject: | Re: imagos v. alex mauer - response to complaint |

i forwarded the email and attachment to leonard

Sent from my iPhone

On Sep 26, 2017, at 3:56 PM, Jean_Pennie@paed.uscourts.gov wrote:

It also occurred to me - Rules of Civil Procedure require you to attach a page that is called a "Certificate of Service" that states the date/method you served it on any other counsel and/or unrepresented party(ies).  If you have Mr. French's email address, you may note that you served it on him electronically.  Otherwise, you can just put a copy in the mail to him as of this date and state as such on the Certificate.   Thanks!

Jean
Jean Pennie, Civil Deputy to the
Honorable Berle M. Schiller
267-299-7621

| From: | Alex Mauer <alexmauermusic@gmail.com> |
|---|---|
| To: | Jean_Pennie@paed.uscourts.gov |
| Date: | 09/26/2017 03:50 PM |
| Subject: | imagos v. alex mauer - response to complaint |

…

Jean,

This is a response to the complaint by Leonard French on behalf of Imagos Films/Imagos Softworks.  Sorry it is a little late.

~Alex Mauer[attachment "alex mauer response to law suit.pdf" deleted by Chambers of Judge Berle M Schiller/PAED/03/USCOURTS]

Case 2:17-cv-02964-BMS   Document 17-5   Filed 10/11/17   Page 2 of 2