**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, as well as providing a copy of this document by email to defendant aby previously granted consent (ECF Doc. 3, Affidavit of Service Exhibit A) under F.R.C.P. 5(b)(2)(E).

    Respectfully Submitted,

    */s/leonardjfrench*

    Leonard J. French, Esq.