IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IMAGOS FILMS, LLC and** | : | **CIVIL ACTION** |
| **DON THACKER** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ALEX THOMAS MAUER** | : | **NO. 17-2964** |

### Notice of Conference

Notice is hereby given that a Rule 16 conference is scheduled in the above-referenced case for Wednesday, November 8, 2017, at 10:30 a.m. in Courtroom 13B, 601 Market Street, Philadelphia, Pennsylvania (267-299-7621).

The parties shall make the required initial disclosures under Fed.R.Civ.P. 26(a) and shall commence discovery immediately. It is expected that the parties shall have conducted substantial discovery by the time of the Rule 16 conference.

Counsel are directed to obtain copies of Judge Schiller's "Scheduling Policy Statement" and "Conference Information Report" from the Court's website at http://www.paed.uscourts.gov, review the Scheduling Policy Statement before completing the Conference Information Report, and bring the completed Conference Information Report to the Rule 16 conference.

All counsel appearing before Judge Schiller are required to be registered ECF users; notices will be sent via e-mail only.

FOR THE COURT:

Dated: October 17, 2017         By: _____
                                   Jean M. Pennie, Civil Deputy Clerk
                                   to the Honorable Berle M. Schiller