# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IMAGOS FILMS, LLC | : | |
| d/b/a IMAGOS SOFTWORKS, | : | CIVIL ACTION |
| and DON THACKER, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ALEX THOMAS MAUER, | : | No. 17-2964 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **8th** day of **November, 2017**, following a Rule 16 conference on November 8, 2017, with counsel for Plaintiffs and with the Defendant, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is **ORDERED** that:

1. Plaintiffs' counsel shall take the deposition of Defendant on **Monday, November 13, 2017**, beginning at 9:30 a.m. The deposition shall take place at the offices of Veritext Corporation, which is located at 44 East Court Street in Doylestown, Pennsylvania. The deposition of Defendant is limited to seven hours.

2. The Court will set additional dates following the completion of Mauer's deposition.

BY THE COURT:

_____
**Berle M. Schiller, J.**