IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IMAGOS FILMS, LLC and DON THACKER** | : | **CIVIL ACTION** |
| v. | : | |
| **ALEX THOMAS MAUER** | : | **NO. 17-2964** |

### O R D E R

**AND NOW, TO WIT:** This 29th day of November, 2017, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41(a)(2) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice pursuant to agreement of counsel/pro se party, and without costs.

**KATE BARKMAN,** Clerk of Court

BY: _____
Jean M. Pennie
Deputy Clerk

Civ 2 (8/2000)
41(b).frm