IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IMAGOS FILMS, LLC | : | |
| d/b/a IMAGOS SOFTWORKS, | : | CIVIL ACTION |
| and DON THACKER, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ALEX THOMAS MAUER, | : | No. 17-2964 |
|     Defendant. | : | |

**ORDER**

**AND NOW**, this **6th** day of **December, 2017**, it is **ORDERED** that:

1. The Court shall conduct a hearing on **Monday, December 18, 2017 at 9:30 a.m.** in **Courtroom 13B** to discuss the status of this matter.

2. Pending further order from this Court, the parties shall only communicate with the Court and its staff though documents filed with the Clerk of Court.

BY THE COURT:

_____
**Berle M. Schiller, J.**