12/6/2017

Judge Schiller,                              17-2964

I signed the settlement w/ the impression that you would request changes based on this conflict. It includes a project w/ a pending copyright registry in my name, but it promises | not dispute Images if they claim ownership of the copyright. The copyright is currently in dispute between myself and Turner Broadcasting.

I alerted Jen Penney of the issue, and she apparently failed to relay this detail. Please help me. Thank you.

— Alex Kobayashi (Maues)