IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IMAGOS FILMS, LLC | : | |
| d/b/a IMAGOS SOFTWORKS, | : | CIVIL ACTION |
| and DON THACKER, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ALEX THOMAS MAUER, | : | No. 17-2964 |
| Defendant. | : | |

**ORDER**

AND NOW, this **19th** day of **December, 2017**, following a hearing on December 18, 2017, it is **ORDERED** that:

1. Alex Mauer shall stop directly communicating with the Court and the Court's deputies.

2. Should Mauer wish to communicate with the Court, she must file any communication with the Clerk of Court so that the communication can de docketed.

3. Mauer shall stop communicating with Plaintiff's lawyer for the purpose of obtaining legal advice because the Pennsylvania Rules of Professional Code of ethics prohibits counsel from providing legal advice to her.

BY THE COURT:

_____
**Berle M. Schiller, J.**