IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IMAGOS FILMS, LLC | ) | |
| d/b/a IMAGOS SOFTWORKS, | ) | CIVIL ACTION |
| and DON THACKER, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALEX THOMAS MAUER, | ) | NO. 17-2964 |
| Defendant. | ) | |

**O R D E R**

**AND NOW**, this 11th day of January, 2022, upon consideration of: (1) the July 13, 2017 Order requiring the Plaintiffs to post in the amount of $100.00 (ECF Doc. No. 7); (2) that on July 17, 2016, said bond was posted to the Court's Registry; (3) the November 29, 2017 Order dismissing the matter; and (4) that said $100.00 bond remains on deposit with the Clerk of Court, it is hereby

**ORDERED** that the Clerk of Court is directed to disburse the posted bond held in the Court's Registry. The disbursement check shall be payable: Don Thacker and mailed to counsel on record: Leonard J. French, Esquire, The Law Firm of Leonard J. French, 442 Hamilton Street, #9125, Allentown, PA 18105..

BY THE COURT:

_____
HONORABLE BERLE M. SCHILLER
UNITED STATES DISTRICT JUDGE